IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 22-CV-4012 |
| | : | |
| **OFFICER MELANIE FADDIS,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 10th day of January, 2023, upon consideration of Plaintiff Avery Miguel Perry Sr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 13), and Amended Complaint (ECF Nos. 14 & 15)[1] it is hereby **ORDERED** that:

1. The Motion to Proceed *In Forma Pauperis* is **DENIED** as unnecessary.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to sate a claim for the reasons in the Court's Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] As explained in the Court's accompanying Memorandum, the Court understands these two documents to comprise Perry's complete Amended Complaint.